IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHELBY BUFFINGTON, as**
**parent and next friend of T.B.,**
**a minor**                                                                                                  **PLAINTIFF**

**V.**                                            **CASE NO. 4:22-cv-00332-JM**

**HABILITATION CENTER, LLC.**
**a foreign Limited Liability Company,**
**d/b/a Mill Creek of Arkansas a/k/a**
**Mill Creek Behavioral Health and**
**ACADIA HEALTHCARE COMPANY,**
**INC., A Foreign Corporation**
                                                                                                              **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the settlement agreement of the parties, the above styled cause is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE

*Approved:*

/s/ M. Jered Medlock
M. Jered Medlock
Medlock & Gramlich, LLP
105 N. 14th Street
Fort Smith, AR 72902

*Attorneys for Plaintiff*

By: /s/Robert M. Honea
Robert M. Honea
HARDIN, JESSON & TERRY, PLC
5000 Rogers Avenue, Ste. 500
Fort Smith, AR 72917-0127

*Attorneys for Defendants*